IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH LACOUR LYNCH**  **PLAINTIFF**
ADC #133499

v.   Case No. 4:22-cv-00446-KGB

**TASHA GRIFFIN,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 17). Plaintiff Kenneth Lacour Lynch has not filed any objections to the Partial Recommended Disposition, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court grants the motion to dismiss of defendants Antwon Emsweller and Christopher Budnick (Dkt. No. 13). The Court dismisses without prejudice Mr. Lynch's claims against Mr. Emsweller and Mr. Budnick. The Clerk is instructed to terminate Mr. Emsweller and Mr. Budnick as party defendants in this matter.

It is so ordered this the 1st day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge